**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to: 19-cv-01785, 19-cv-01867,
19-cv-01893, 19-cv-01781, 19-cv-01783, 19-cv-
01866, 19-cv-01895, 19-cv-01794, 19-cv-01865, 19-
cv-01904, 19-cv-01798, 19-cv-01869, 19-cv-01922,
19-cv-01800, 19-cv-01788, 19-cv-01870, 19-cv-
01791, 19-cv-01792, 19-cv-01928, 19-cv-01926, 19-
cv-01868, 19-cv-01929, 19-cv-01803, 19-cv-01806,
19-cv-01906, 19-cv-01801, 19-cv-01894, 19-cv-
01808, 19-cv-01810, 19-cv-01809, 19-cv-01911, 19-
cv-01898, 19-cv-01812, 19-cv-01896, 19-cv-01871,
19-cv-01813, 19-cv-01930, 19-cv-01815, 19-cv-
01818, 19-cv-01931, 19-cv-01918, 19-cv-01873, 19-
cv-01924

## STIPULATION AND [PROPOSED] ORDER EXTENDING
## BRIEFING SCHEDULE FOR THE MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties

that the briefing schedule for the Motion to Dismiss filed on June 12, 2019 (D.I. 134)

(the "Motion") is modified as follows:

1. Plaintiff Skatteforvaltningen's current June 26, 2019 deadline to submit a

response to the Motion is hereby extended sixteen (16) days up to and including July 12, 2019.

2. Defendants'[1] deadline to submit a reply in further support of their Motion is

hereby extended by ten (10) days up to and including July 29, 2019.

---

1. The Motion was filed by the Defendants represented by Wilmer Cutler Pickering Hale and Dorr LLP on June 12, 2019. The Defendants represented by Kostelanetz & Fink LLP, Kaplan Rice LLP, and Dewey Pegno & Kramarsky LLP all joined the Motion by separate Notices of Joinder filed that same day. (D.I. 141, 143 & 144.)

This is the parties' first request to modify the briefing schedule for the Motion.

Dated: New York, New York
      June 24, 2019

By: /s/ Alan E. Schoenfeld
   (*e-signed with consent*)
   Alan E. Schoenfeld
   WILMER CUTLER PICKERING HALE AND
   DORR LLP
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Telephone: (212) 230-8800
   alan.schoenfeld@wilmerhale.com

*Counsel for Defendants Richard Markowitz,
Jocelyn Markowitz, Avanix Management
LLC Roth 401(K) Plan, Batavia Capital
Pension Plan, Calypso Investments Pension
Plan, Cavus Systems LLC Roth 401(K)
Plan, Hadron Industries LLC Roth 401(K)
Plan, RJM Capital Pension Plan, and Routt
Capital Pension Plan*

By: /s/ Nicholas S. Bahnsen
   (*e-signed with consent*)
   Nicholas S. Bahnsen
   KOSTELANETZ & FINK LLP
   7 World Trade Center
   New York, NY 10007
   Telephone: (212) 840-5830
   nbahnsen@kflaw.com

*Counsel for Defendants John van
Merkensteijn, III, Elizabeth van
Merkensteijn, Azalea Pension Plan, Basalt
Ventures LLC Roth 401(K) Plan, Bernina
Pension Plan, Omineca Pension Plan,
Starfish Capital Management LLC Roth
401(K) Plan, Tarvos Pension Plan, Voojo
Productions LLC Roth 401(K) Plan,
Michelle Investments Pension Plan, Remece
Investments Pension Plan, and Xiphias LLC
Pension Plan*

By: /s/ Sarah L. Cave
   Sarah L. Cave
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, NY 10004
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   sarah.cave@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: /s/ Michelle A. Rice
    (*e-signed with consent*)
    Michelle A. Rice
    KAPLAN RICE LLP
    127 West 57th Street
    Suite 4A
    New York, NY 10019
    Telephone: (212) 333-0227
    mrice@kaplanrice.com

*Counsel for Defendants Joseph Herman,
David Zelman, Edwin Miller, Ronald
Altbach, Perry Lerner, Robin Jones, Albedo
Management LLC Roth 401(K) Plan,
Ballast Ventures LLC Roth 401(K) Plan,
Fairlie Investments LLC Roth 401(K) Plan,
Bareroot Capital Investments LLC Roth
401(K) Plan, Battu Holdings LLC Roth
401K Plan, Cantata Industries LLC Roth
401(K) Plan, Dicot Technologies LLC Roth
401(K) Plan, Vanderlee Technologies
Pension Plan, Cedar Hill Capital
Investments LLC Roth 401(K) Plan,
Fulcrum Productions LLC Roth 401(K)
Plan, Green Scale Management LLC Roth
401(K) Plan, Keystone Technologies LLC
Roth 401(K) Plan, Tumba Systems LLC
Roth 401(K) Plan, Crucible Ventures LLC
Roth 401(K) Plan, Limelight Global
Productions LLC Roth 401(K) Plan,
Plumrose Industries LLC Roth 401K Plan,
Roadcraft Technologies LLC Roth 401(K)
Plan, True Wind Investments LLC Roth
401(K) Plan, Eclouge Industry LLC Roth
401(K) Plan, First Ascent Worldwide LLC
Roth 401(K) Plan, Loggerhead Services
LLC Roth 401(K) Plan, PAB Facilities
Global LLC Roth 401(K) Plan, Trailing
Edge Productions LLC Roth 401(K) Plan,
Monomer Industries LLC Roth 401(K) Plan,
Pinax Holdings LLC Roth 401(K) Plan, and
Sternway Logistics LLC Roth 401(K) Plan*

3

By: /s/ Thomas E.L. Dewey
    (*e-signed with consent*)
    Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, NY 10017
Telephone: (212) 943-9000
tdewey@dpklaw.com

*Counsel for Defendant Michael Ben-Jacob*

SO ORDERED:

Hon. Lewis A. Kaplan
United States District Judge

6/25/19