# Exhibit 12, Part 2



| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | ARF01 | DKK | 15,810.0000 | 15,388 | 616,352,850.00 | 30 March 2015 | 07 April 2015 |

Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | NZYMB | NOVOZYMES A/S-B | DAR01 | DKK | 320.1105 | 740,589 | 237,070,315.08 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | AML01 | DKK | 320.1105 | 743,330 | 237,947,737.96 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | AML01 | DKK | 320.1105 | 671,324 | 214,897,861.30 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | SOL01 | DKK | 320.1105 | 783,973 | 250,957,989.02 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | YST01 | DKK | 320.1105 | 807,641 | 258,534,364.33 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | YST01 | DKK | 320.1105 | 811,494 | 259,767,750.09 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | STR01 | DKK | 320.1105 | 27,876 | 8,923,400.30 | 25 February 2015 | 19 June 2015 |
| Buy | NZYMB | NOVOZYMES A/S-B | STR01 | DKK | 320.1105 | 758,237 | 242,719,625.19 | 25 February 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | TSC01 | DKK | 53.2397 | 1,083,609 | 57,691,018.08 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 301,261 | 16,039,045.26 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | RHE01 | DKK | 53.2397 | 2,579,081 | 137,309,498.72 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | DAR01 | DKK | 53.2397 | 2,418,402 | 128,754,996.96 | 05 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | TDC | TDC A/S | STR01 | DKK | 53.2397 | 2,810,399 | 149,624,799.64 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | TSC01 | DKK | 53.2397 | 2,456,538 | 130,785,346.16 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | SOL01 | DKK | 53.2397 | 2,828,004 | 150,562,084.56 | 05 March 2015 | 19 June 2015 |
| Buy | TDC | TDC A/S | STR01 | DKK | 53.2397 | 2,456,154 | 130,764,902.11 | 05 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | STR01 | DKK | 217.9241 | 628,307 | 136,923,237.50 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | RHE01 | DKK | 217.9241 | 583,634 | 127,187,914.18 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | STR01 | DKK | 217.9241 | 617,170 | 134,496,216.80 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | STR01 | DKK | 217.9241 | 525,531 | 114,525,870.20 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | AML01 | DKK | 217.9241 | 643,920 | 140,325,686.47 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | DTS01 | DKK | 217.9241 | 653,916 | 142,504,055.78 | 12 March 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | YST01 | DKK | 217.9241 | 599,104 | 130,559,200.01 | 12 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | YST01 | DKK | 171.2147 | 733,080 | 125,514,072.28 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | YST01 | DKK | 171.2147 | 3,077,172 | 526,857,080.83 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | TSC01 | DKK | 171.2147 | 3,154,944 | 540,172,790.48 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | TSC01 | DKK | 607.6807 | 434,554 | 264,070,078.91 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | DAR01 | DKK | 607.6807 | 425,229 | 258,403,456.38 | 18 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | PNDORA | PANDORA A/S | YST01 | DKK | 607.6807 | 423,842 | 257,560,603.25 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | TSC01 | DKK | 607.6807 | 211,718 | 128,656,942.44 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | RHE01 | DKK | 171.2147 | 3,446,245 | 590,047,803.80 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | RHE01 | DKK | 607.6807 | 474,678 | 288,452,659.31 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | STR01 | DKK | 171.2147 | 3,217,471 | 550,878,332.02 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | TSC01 | DKK | 171.2147 | 1,537,069 | 263,168,807.71 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | STR01 | DKK | 607.6807 | 443,167 | 269,304,032.78 | 18 March 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | YST01 | DKK | 607.6807 | 100,969 | 61,356,912.60 | 18 March 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | DAR01 | DKK | 171.2147 | 3,087,240 | 528,580,870.43 | 18 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | RHE01 | DKK | 338.1132 | 5,898,244 | 1,994,274,153.22 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | RHE01 | DKK | 153.4809 | 588,158 | 90,271,019.18 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | DAR01 | DKK | 153.4809 | 623,738 | 95,731,869.60 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | DAR01 | DKK | 338.1132 | 6,644,713 | 2,246,665,175.51 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | RHE01 | DKK | 338.1132 | 6,265,681 | 2,118,509,453.09 | 19 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN. (FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | GN D | GN STORE NORD A/S | TSC01 | DKK | 153.4809 | 171,153 | 26,268,716.48 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | RHE01 | DKK | 153.4809 | 553,667 | 84,977,309.46 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TSC01 | DKK | 338.1132 | 6,939,066 | 2,346,189,810.27 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | DTS01 | DKK | 153.4809 | 668,690 | 102,631,143.02 | 19 March 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | TSC01 | DKK | 153.4809 | 651,369 | 99,972,700.35 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TSC01 | DKK | 338.1132 | 1,823,278 | 616,474,359.07 | 19 March 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | DTS01 | DKK | 338.1132 | 7,123,584 | 2,408,577,781.71 | 19 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | TSC01 | DKK | 846.9944 | 176,030 | 149,096,424.23 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | DAR01 | DKK | 846.9944 | 177,122 | 150,021,342.12 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | SOL01 | DKK | 846.9944 | 174,730 | 147,995,331.51 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | STR01 | DKK | 846.9944 | 174,217 | 147,560,823.38 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | RHE01 | DKK | 846.9944 | 174,983 | 148,209,621.10 | 25 March 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | TSC01 | DKK | 846.9944 | 174,132 | 147,488,828.86 | 25 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | CARLB | CARLSBERG AS-B | YST01 | DKK | 564.7130 | 903,737 | 510,352,032.48 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | RHE01 | DKK | 307.3119 | 398,848 | 122,570,736.69 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | YST01 | DKK | 307.3119 | 406,840 | 125,026,773.40 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | DTS01 | DKK | 307.3119 | 401,573 | 123,408,161.62 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | TSC01 | DKK | 307.3119 | 405,309 | 124,556,278.88 | 26 March 2015 | 19 June 2015 |
| Buy | CARLB | CARLSBERG AS-B | TSC01 | DKK | 564.7130 | 900,395 | 508,464,761.64 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | AML01 | DKK | 307.3119 | 399,982 | 122,919,228.39 | 26 March 2015 | 19 June 2015 |
| Buy | CARLB | CARLSBERG AS-B | AML01 | DKK | 564.7130 | 887,986 | 501,457,238.02 | 26 March 2015 | 19 June 2015 |
| Buy | CARLB | CARLSBERG AS-B | SOL01 | DKK | 564.7130 | 893,678 | 504,671,584.41 | 26 March 2015 | 19 June 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | YST01 | DKK | 307.3119 | 403,127 | 123,885,724.31 | 26 March 2015 | 19 June 2015 |
| Buy | CARLB | CARLSBERG AS-B | YST01 | DKK | 564.7130 | 895,802 | 505,871,034.83 | 26 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | TSC01 | DKK | 14,365.7610 | 39,792 | 571,642,361.71 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | YST01 | DKK | 14,965.5352 | 39,867 | 596,630,991.82 | 30 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | VWS | VESTAS WIND SYSTEMS A/S | RHE01 | DKK | 287.2448 | 1,838,416 | 528,075,436.24 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | SOL01 | DKK | 14,965.5352 | 40,414 | 604,817,139.57 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | TSC01 | DKK | 14,365.7610 | 40,295 | 578,868,339.50 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | SOL01 | DKK | 14,965.5352 | 40,236 | 602,153,274.31 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | TSC01 | DKK | 14,365.7610 | 39,803 | 571,800,385.08 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | DTS01 | DKK | 14,965.5352 | 40,685 | 608,872,799.61 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | DTS01 | DKK | 14,965.5352 | 40,149 | 600,851,272.74 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | DAR01 | DKK | 14,365.7610 | 40,063 | 575,535,482.94 | 30 March 2015 | 19 June 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | AML01 | DKK | 287.2448 | 1,878,951 | 539,718,904.20 | 30 March 2015 | 19 June 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | SOL01 | DKK | 287.2448 | 1,879,579 | 539,899,293.94 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | TSC01 | DKK | 14,965.5352 | 40,467 | 605,610,312.94 | 30 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | VWS | VESTAS WIND SYSTEMS A/S | DAR01 | DKK | 287.2448 | 1,892,653 | 543,654,732.45 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | TSC01 | DKK | 14,365.7610 | 40,010 | 574,774,097.61 | 30 March 2015 | 19 June 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | AML01 | DKK | 287.2448 | 1,886,758 | 541,961,424.36 | 30 March 2015 | 19 June 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | RHE01 | DKK | 14,365.7610 | 38,985 | 560,049,192.58 | 30 March 2015 | 19 June 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | STR01 | DKK | 287.2448 | 1,899,001 | 545,478,162.44 | 30 March 2015 | 19 June 2015 |

Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | NZYMB | NOVOZYMES A/S-B | RVC01 | DKK | 322.5000 | 758,237 | 244,531,432.50 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | RVC01 | DKK | 322.5000 | 27,876 | 8,990,010.00 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | CEK01 | DKK | 322.5000 | 671,324 | 216,501,990.00 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | RVT01 | DKK | 322.5000 | 807,641 | 260,464,222.50 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | TGL01 | DKK | 322.5000 | 743,330 | 239,723,925.00 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | TGL01 | DKK | 322.5000 | 740,589 | 238,839,952.50 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NZYMB | NOVOZYMES A/S-B | CEK01 | DKK | 322.5000 | 783,973 | 252,831,292.50 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | NZYMB | NOVOZYMES A/S-B | TGL01 | DKK | 322.5000 | 811,494 | 261,706,815.00 | 27 February 2015 | 02 March 2015 | Fee Rate = 99.84, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVT01 | DKK | 54.0000 | 2,418,402 | 130,593,708.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVT01 | DKK | 54.0000 | 2,579,081 | 139,270,374.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | TGL01 | DKK | 54.0000 | 1,083,609 | 58,514,886.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVC01 | DKK | 54.0000 | 2,456,154 | 132,632,316.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVC01 | DKK | 54.0000 | 2,828,004 | 152,712,216.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVT01 | DKK | 54.0000 | 2,456,538 | 132,653,052.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVC01 | DKK | 54.0000 | 2,810,399 | 151,761,546.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TDC | TDC A/S | RVC01 | DKK | 54.0000 | 301,261 | 16,268,094.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 99.53, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | CEK01 | DKK | 219.2000 | 628,307 | 137,724,894.40 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | RVT01 | DKK | 219.2000 | 653,916 | 143,338,387.20 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | TGL01 | DKK | 219.2000 | 617,170 | 135,283,664.00 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | CEK01 | DKK | 219.2000 | 599,104 | 131,323,596.80 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | RVT01 | DKK | 219.2000 | 643,920 | 141,147,264.00 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | TGL01 | DKK | 219.2000 | 583,634 | 127,932,572.80 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DSV | DSV A/S | RVC01 | DKK | 219.2000 | 525,531 | 115,196,395.20 | 16 March 2015 | 17 March 2015 | Fee Rate = 98.19, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | TGL01 | DKK | 614.5000 | 474,678 | 291,689,631.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | RVC01 | DKK | 175.3000 | 3,087,240 | 541,193,172.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | PNDORA | PANDORA A/S | TGL01 | DKK | 614.5000 | 434,554 | 267,033,433.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | TGL01 | DKK | 614.5000 | 100,969 | 62,045,450.50 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | RVC01 | DKK | 614.5000 | 443,167 | 272,326,121.50 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | TGL01 | DKK | 175.3000 | 3,154,944 | 553,061,683.20 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | TGL01 | DKK | 175.3000 | 3,446,245 | 604,126,748.50 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | CEK01 | DKK | 614.5000 | 423,842 | 260,450,909.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | RVC01 | DKK | 175.3000 | 3,217,471 | 564,022,666.30 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | TGL01 | DKK | 175.3000 | 733,080 | 128,508,924.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | RVT01 | DKK | 175.3000 | 1,537,069 | 269,448,195.70 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | RVC01 | DKK | 614.5000 | 425,229 | 261,303,220.50 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | DANSKE | Danske Bank A/S | CEK01 | DKK | 175.3000 | 3,077,172 | 539,428,251.60 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | PNDORA | PANDORA A/S | RVT01 | DKK | 614.5000 | 211,718 | 130,100,711.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 96.05, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | TGL01 | DKK | 341.9000 | 7,123,584 | 2,435,553,369.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | CEK01 | DKK | 341.9000 | 6,265,681 | 2,142,236,333.90 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | RVC01 | DKK | 341.9000 | 6,644,713 | 2,271,827,374.70 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | GN D | GN STORE NORD A/S | TGL01 | DKK | 154.2000 | 171,153 | 26,391,792.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | TGL01 | DKK | 341.9000 | 6,939,066 | 2,372,466,665.40 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | GN D | GN STORE NORD A/S | CEK01 | DKK | 154.2000 | 588,158 | 90,693,963.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288



# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | GN D | GN STORE NORD A/S | TGL01 | DKK | 154.2000 | 668,690 | 103,111,998.00 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | GN D | GN STORE NORD A/S | RVC01 | DKK | 154.2000 | 623,738 | 96,180,399.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | TGL01 | DKK | 341.9000 | 1,823,278 | 623,378,748.20 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | GN D | GN STORE NORD A/S | TGL01 | DKK | 154.2000 | 651,369 | 100,441,099.80 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | NOVOB | NOVO NORDISK A/S-B | CEK01 | DKK | 341.9000 | 5,898,244 | 2,016,609,623.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | GN D | GN STORE NORD A/S | CEK01 | DKK | 154.2000 | 553,667 | 85,375,451.40 | 23 March 2015 | 24 March 2015 | Fee Rate = 96.00, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | RVT01 | DKK | 868.5000 | 174,983 | 151,972,735.50 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | TGL01 | DKK | 868.5000 | 174,217 | 151,307,464.50 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | RVT01 | DKK | 868.5000 | 174,730 | 151,753,005.00 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | RVC01 | DKK | 868.5000 | 174,132 | 151,233,642.00 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | TGL01 | DKK | 868.5000 | 176,030 | 152,882,055.00 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | TRYG | TRYG A/S | TGL01 | DKK | 868.5000 | 177,122 | 153,830,457.00 | 27 March 2015 | 30 March 2015 | Fee Rate = 96.77, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | TGL01 | DKK | 314.0000 | 398,848 | 125,238,272.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | CARLB | CARLSBERG AS-B | CEK01 | DKK | 571.5000 | 887,986 | 507,483,999.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | CEK01 | DKK | 314.0000 | 405,309 | 127,267,026.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | CEK01 | DKK | 314.0000 | 399,982 | 125,594,348.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | CARLB | CARLSBERG AS-B | TGL01 | DKK | 571.5000 | 903,737 | 516,485,695.50 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | CEK01 | DKK | 314.0000 | 403,127 | 126,581,878.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288


# Solo Capital

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Borrow | CARLB | CARLSBERG AS-B | CEK01 | DKK | 571.5000 | 893,678 | 510,736,977.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | CARLB | CARLSBERG AS-B | CEK01 | DKK | 571.5000 | 895,802 | 511,950,843.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | RVT01 | DKK | 314.0000 | 401,573 | 126,093,922.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | CARLB | CARLSBERG AS-B | CEK01 | DKK | 571.5000 | 900,395 | 514,575,742.50 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |
| Borrow | FLS | FLSMIDTH & CO A/S | TGL01 | DKK | 314.0000 | 406,840 | 127,747,760.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 96.46, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-09138288