# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | |
| | General - Total | | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | GRAND TOTAL | | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |

1
6/15/2018 11:09:17 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355007



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                   March 4, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                        **Invoice#:** 626801
**Our File Number:** 00647/0001                            **PAGE:**    1

===============================================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

===============================================================================

|            |                          | Hours |
|------------|--------------------------|-------|
| 01/12/2010 | Ben-Jacob, Michael       | 1.00  |
|            | ██████████████████████   |       |
| 01/21/2010 | Ben-Jacob, Michael       | 0.67  |
|            | ██████████████████████   |       |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
|            | ██████████████████████   |       |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
|            | ██████████████████████   |       |
| 02/02/2010 | Migliaccio, Christopher  | 2.75  |
|            | ██████████████████████   |       |
| 02/03/2010 | Migliaccio, Christopher  | 1.00  |
|            | ██████████████████████   |       |
| 02/04/2010 | Migliaccio, Christopher  | 1.50  |
|            | ██████████████████████   |       |
| 02/05/2010 | Ben-Jacob, Michael       | 0.17  |
|            | ██████████████████████   |       |
| 02/05/2010 | Migliaccio, Christopher  | 2.75  |
|            | ██████████████████████   |       |
| 02/11/2010 | Ben-Jacob, Michael       | 0.25  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355008

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                            **Invoice#:** 626801
**Our File Number:** 00647/0001                                **PAGE:**   2

════════════════════════════════════════════════════════════════════════

02/11/2010  Migliaccio, Christopher                                    3.50

                                        ----------
                          Total Hours................    13.75
            Fees through 02/28/2010....................    $6,026.25


        *---------------------------TIME AND FEE SUMMARY---------------------------*
                                Rate        Hours         Fees
        Ben-Jacob, Michael          $685.00      2.25      $1,541.25
        Migliaccio, Christopher      390.00     11.50       4,485.00

                Fees through 02/28/2010...............    13.75      $6,026.25


        Fees this Invoice.........................................................    $6,026.25
        **Total Due this Invoice...........................................**    **$6,026.25**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          March 4, 2010

   **RE:** General                                               **Invoice#:** 626801
   **Our File Number:** 00647/0001                               **PAGE:**   3

===============================================================================

Kaye Scholer LLP

                                              425 Park Avenue
                                              New York, NY  10022-3598
                                              212-836-8000
                                              Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355010



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    April 12, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

| | | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                April 12, 2010

RE: General                                                        **Invoice#:** 631064
**Our File Number:** 00647/0001                                        **PAGE:**    2

| Date | Name | Hours |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |
| | ███████████████████████████████ | |

Total Hours.................    13.01

Fees through 03/31/2010....................................    $8,723.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


*--------------------------------OUTSTANDING BALANCE--------------------------------*


**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                                **PAGE:**    3

---

| Invoice# | Date | Amount |
|----------|------|--------|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice........................................................... | $8,723.50 |
| Total Due this Invoice..................................................... | $8,723.50 |
| Prior Balance Due (from above)....................................... | 6,026.25 |
| **TOTAL DUE**............................................................ | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          April 12, 2010

    **RE:** General                                              **Invoice#:** 631064
    **Our File Number:** 00647/0001                              **PAGE:**    4

═══════════════════════════════════════════════════════════════════════

<u>Kaye Scholer LLP</u>

                                                        425 Park Avenue
                                                         New York, NY  10022-3598
                                                         212-836-8000
                                                         Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355014**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 4, 2010
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com
      Attn: John H. van Merkensteijn, III


      **RE:** General                                    **Invoice#:** 632796
      **Our File Number:** 00647/0001                    **PAGE:**   1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010

---

On-Account Fees.................................................    $268.55

Adjusted Fees..............................................................    $268.55

**Total Due this Invoice..............................................................**    **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355015



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 632796
      Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                         WH_MDL_00355016



# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    May 10, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 04/16/2010 | Tuchman, L.          | 0.75 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/19/2010 | Ben-Jacob, Michael   | 1.08 |
|            | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L.          | 0.75 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/22/2010 | Tuchman, L.          | 0.33 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/23/2010 | Ben-Jacob, Michael   | 2.17 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/23/2010 | Tuchman, L.          | 4.25 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/26/2010 | Ben-Jacob, Michael   | 1.17 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |
| 04/27/2010 | Ben-Jacob, Michael   | 0.25 |
|            | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                      May 10, 2010

RE: General                                                           **Invoice#:** 633095
**Our File Number:** 00647/0001                                        **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════════

| Date | Name | | Hours |
|------|------|--|------|
| 04/27/2010 | Schneider, W.H. | ███████████████████████ | 0.25 |
| 04/27/2010 | Tuchman, L. | ███████████████████████████████████████ | 4.58 |
| 04/28/2010 | Ben-Jacob, Michael | ███████████████████████ | 0.25 |
| 04/28/2010 | Tuchman, L. | Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and conference call with potential investor; office conferences with M. Ben-Jacob re: proposed structure; revision of steps outline and charts; research carried interest issues and office conference with G. Benson. | 4.25 |
| 04/29/2010 | Ben-Jacob, Michael | ███████████████████████████████████ | 0.83 |
| 04/29/2010 | Schneider, W.H. | █████████████████████ | 0.25 |
| 04/29/2010 | Tuchman, L. | ███████████████████████████████████ | 1.83 |

                                                  Total Hours................    22.99

            Fees through 04/30/2010....................................    $18,940.05


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|--|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              May 10, 2010

    **RE:** General                                         **Invoice#:** 633095
    **Our File Number:** 00647/0001                          **PAGE:**    3

---

    \*-----------------------COSTS ADVANCED THROUGH 04/30/2010----------------------\*
        Meals                                                    $77.90
              Total Costs through 04/30/2010........................    $77.90

| | | |
|---|---|---|
| Fees this Invoice.................................................... | $18,940.05 | |
| Less Discount of................................................. | (3,000.00) | |
| Adjusted Fees................................................... | | $15,940.05 |
| Costs this Invoice.................................................. | | $77.90 |
| Total Due this Invoice............................................. | | $16,017.95 |
| Applied On-account Value.......................................... | | (268.55) |
| **TOTAL DUE**.................................................... | | **$15,749.40** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                 May 10, 2010

    **RE:** General                                          **Invoice#:** 633095
    **Our File Number:** 00647/0001                            **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

RE: General                                            Invoice#: 635694
Our File Number: 00647/0001                                   PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                     | Hours |
|------------|---------------------|-------|
| 03/01/2010 | Veillette, Rebecca  | 1.50  |
| 03/01/2010 | Veillette, Rebecca  | 1.00  |
| 03/03/2010 | Veillette, Rebecca  | 0.17  |
| 04/25/2010 | Tuchman, L.         | 2.75  |
| 04/26/2010 | Tuchman, L.         | 3.83  |
| 04/30/2010 | Tuchman, L.         | 1.33  |
| 05/02/2010 | Tuchman, L.         | 1.75  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355021

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                         June 8, 2010

   **RE:** General                                        **Invoice#:** 635694
   **Our File Number:** 00647/0001                          **PAGE:**    2

=====================================================================

05/03/2010  Tuchman, L.                                              0.75
            Telephone conferences with M. Stein and J. Van Merkensteijn.
05/03/2010  Benson, Gregg M                                         4.00

            ███████████████████████████████████████████████


05/04/2010  Tuchman, L.                                              0.75

            ███████████████████████████████████████████████


05/05/2010  Tuchman, L.                                              0.75

            ███████████████████████████████████████████████


05/05/2010  Woodard, A.F.                                           1.75
            Office conference M. Ben-Jacob; telephone conference client and review
            of material re investments.
05/06/2010  Tuchman, L.                                              1.00

            ███████████████████████████████████████████████


05/06/2010  Woodard, A.F.                                           1.50
            Review of material re possible investment strategies.
05/07/2010  Woodard, A.F.                                           0.67

            ███████████████████████████████████████████████


05/09/2010  Tuchman, L.                                              1.00
            ████████████████████████
05/10/2010  Woodard, A.F.                                           0.25
            ████████████████████████
                                                                ------------
                                            Total Hours.................   24.75

            Fees through 05/31/2010...................................  $19,094.80


   *--------------------------------TIME AND FEE SUMMARY--------------------------------*

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                    June 8, 2010

RE: General                                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                                       **PAGE:**    3

================================================================================

|                      | Rate      | Hours | Fees        |
|----------------------|-----------|-------|-------------|
| Tuchman, L.          | $870.00   | 13.91 | $12,101.70  |
| Woodard, A.F.        | 895.00    | 4.17  | 3,732.15    |
| Benson, Gregg M      | 625.00    | 4.00  | 2,500.00    |
| Veillette, Rebecca   | 285.00    | 2.67  | 760.95      |
| Fees through 05/31/2010............... | | 24.75 | $19,094.80 |

\*------------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

Transportation                                                        $132.50

Total Costs through 05/31/2010.........................               $132.50

Fees this Invoice..........................................................      $19,094.80

Costs this Invoice.........................................................      $132.50

**Total Due this Invoice................................................................**      **$19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                              June 8, 2010

RE: General                                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                                **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                                      425 Park Avenue
                                                      New York, NY  10022-3598
                                                      212-836-8000
                                                      Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          October 6, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                    **Invoice#:** 646735
**Our File Number:** 00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|  |  | Hours |
|---|---|---|
| 09/07/2010 | Ben-Jacob, Michael | 0.33 |
|  | ███████████████████ |  |
| 09/20/2010 | Tuchman, L. | 0.42 |
|  | ██████████████████████████ |  |
| 09/21/2010 | Ben-Jacob, Michael | 0.50 |
|  | ███████████████████████ |  |
| 09/21/2010 | Tuchman, L. | 0.42 |
|  | ████████████████████████████ |  |
| 09/27/2010 | Ben-Jacob, Michael | 0.50 |
|  | ██████████████████████████ |  |
| 09/27/2010 | Tuchman, L. | 1.00 |
|  | ██████████████████████████ |  |

Total Hours.................  3.17

Fees through 09/30/2010...................................  $2,511.85


*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 1.33 | $911.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355025**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                October 6, 2010

    **RE:** General                                        **Invoice#:** 646735
    **Our File Number:** 00647/0001                         **PAGE:**    2

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
| Fees through 09/30/2010............... | | 3.17 | $2,511.85 |

Fees this Invoice................................................................    $2,511.85

**Total Due this Invoice................................................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355026**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    December 9, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

| Date | Name | Hours |
|---|---|---|
| 11/09/2010 | Ben-Jacob, Michael | 1.67 |
| | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael | 0.25 |
| 11/11/2010 | Soloveichik, Sarah | 0.17 |
| 11/12/2010 | Ben-Jacob, Michael | 0.33 |
| 11/17/2010 | Tuchman, L. | 2.75 |
| 11/18/2010 | Ben-Jacob, Michael | 0.33 |
| 11/18/2010 | Gartner, Gary J | 1.00 |
| 11/18/2010 | Tuchman, L. | 0.83 |
| 11/19/2010 | Ben-Jacob, Michael | 0.17 |
| 11/19/2010 | Gartner, Gary J | 1.83 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355028**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

   **RE:** General                                          **Invoice#:** 653901
   **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================



| Date | Name | Hours |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                                        ----------
                          Total Hours................   27.67

                  Fees through 11/30/2010...................................   $22,438.45


   *-----------------------------------TIME AND FEE SUMMARY-----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          December 9, 2010

   **RE:** General                                                      **Invoice#:** 653901
   **Our File Number:** 00647/0001                                      **PAGE:**    3

================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

   \*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice.................................................. | $22,438.45 | |
| Less Discount of.................................................. | (2,069.85) | |
| Adjusted Fees........................................................................ | | $20,368.60 |
| Total Due this Invoice........................................................ | | $20,368.60 |
| Prior Balance Due (from above)................................................. | | 2,511.85 |
| **TOTAL DUE**........................................................................ | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 28, 2011
40 West 57th Street
New York, New York 10019
Attn: John H. van Merkensteijn, III

RE: General                                                  Invoice#: 657645
Our File Number: 00647/0001                                  PAGE:    1

═══════════════════════════════════════════════════════════════════════

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

═══════════════════════════════════════════════════════════════════════

|            |                                                                                    | **Hours** |
|------------|------------------------------------------------------------------------------------|-----------|
| 12/01/2010 | Gartner, Gary J                                                                    | 1.75      |
|            | Telephone conference regarding withholding issue and consideration of Code provision. |           |
| 12/01/2010 | Scheine, Jeffrey D                                                                 | 0.50      |
|            | Discussion with Louis Tuchman concerning foreign tax credit issues.                |           |
| 12/01/2010 | Tuchman, L.                                                                        | 2.17      |
|            | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ |           |
| 12/01/2010 | Soloveichik, Sarah                                                                 | 0.17      |
|            | Received background information from Louis Tuchman.                                |           |
| 12/02/2010 | Ben-Jacob, Michael                                                                 | 1.17      |
|            | █████████████████████████████                                                     |           |
| 12/02/2010 | Gartner, Gary J                                                                    | 1.08      |
|            | Consider issues regarding single stock future.                                     |           |
| 12/02/2010 | Tuchman, L.                                                                        | 0.25      |
|            | Office conference with M.B. Jacobs re: domain trading.                             |           |
| 12/03/2010 | Ben-Jacob, Michael                                                                 | 1.00      |
|            | ██████████████████████████████                                                    |           |
| 12/03/2010 | Gartner, Gary J                                                                    | 0.83      |
|            | ██████████████████████████████                                                    |           |
| 12/03/2010 | Soloveichik, Sarah                                                                 | 2.33      |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

    RE: General                                          Invoice#: 657645
    Our File Number: 00647/0001                              PAGE:    2

==================================================================================

|            |                                                                          |      |
|------------|--------------------------------------------------------------------------|------|
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |      |
| 12/03/2010 | Soloveichik, Sarah                                                       | 0.75 |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |      |
| 12/06/2010 | Ben-Jacob, Michael                                                       | 1.58 |
|            | Call with Jerome re German tax refund/FTC questions ███████████          |      |
| 12/06/2010 | Wells, Peter B                                                           | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael                                                       | 1.08 |
| 12/07/2010 | Wells, Peter B                                                           | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael                                                       | 1.67 |
| 12/08/2010 | Tuchman, L.                                                              | 1.25 |
| 12/08/2010 | Wells, Peter B                                                           | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael                                                       | 0.33 |
| 12/09/2010 | Wells, Peter B                                                           | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael                                                       | 0.25 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          January 28, 2011

    RE: General                                          **Invoice#:** 657645
    **Our File Number:** 00647/0001                          **PAGE:**    3

===============================================================================

| 12/21/2010 | Ben-Jacob, Michael | ██████████████████ | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | ██████████████████ | 0.25 |
| 12/28/2010 | Wells, Peter B | ███████████████████████████ | 1.17 |
| 12/30/2010 | Wells, Peter B | ███████████████ | 0.25 |

                                                     ----------
                                           Total Hours................ 30.42

               Fees through 12/31/2010.................................... $18,780.00

    *--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                          | Rate      | Hours  | Fees        |
|--------------------------|-----------|--------|-------------|
| Ben-Jacob, Michael       | $685.00   | 7.83   | $5,363.55   |
| Gartner, Gary J          | 930.00    | 3.66   | 3,403.80    |
| Scheine, Jeffrey D       | 820.00    | 0.50   | 410.00      |
| Tuchman, L.              | 870.00    | 3.67   | 3,192.90    |
| Soloveichik, Sarah       | 290.00    | 3.25   | 942.50      |
| Wells, Peter B           | 475.00    | 11.51  | 5,467.25    |
| Fees through 12/31/2010..............  |  | 30.42 | $18,780.00 |

Fees this Invoice................................................. $18,780.00
Less Discount of............................................... (3,780.00)
Adjusted Fees.............................................................................. $15,000.00

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355034**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

   **RE:** General                                          **Invoice#:** 657645
   **Our File Number:** 00647/0001                             **PAGE:**    4

**Total Due this Invoice**.................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                          March 15, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                          **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|            |                                                                                                              | Hours |
|------------|--------------------------------------------------------------------------------------------------------------|-------|
| 02/01/2011 | Ben-Jacob, Michael<br>Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | 1.33 |
| 02/02/2011 | Ben-Jacob, Michael<br>Call with John re ex-dividend transaction; related consideration of memo. | 1.00 |
| 02/03/2011 | Ben-Jacob, Michael<br>Attention to memo. | 0.25 |
| 02/04/2011 | Abramowitz, L.<br>Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | 0.50 |
| 02/04/2011 | Ben-Jacob, Michael<br>Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | 0.58 |
| 02/06/2011 | Ben-Jacob, Michael<br>Review US/German Tax treaty and structuring memo. | 0.33 |
| 02/07/2011 | Ben-Jacob, Michael<br>Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | 1.25 |
| 02/07/2011 | Tuchman, L.<br>Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | 1.67 |
| 02/07/2011 | Woodard, A.F.<br>Review of material re German investment. | 0.17 |
| 02/07/2011 | Wells, Peter B<br>██████████████████████████████████ | 1.25 |
| 02/08/2011 | Ben-Jacob, Michael<br>Call with Matt, John and Jerome re ex-dividend transaction;██████ | 1.25 |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                        March 15, 2011

RE: General                                            **Invoice#:** 663115
**Our File Number:** 00647/0001                                **PAGE:**    2

| Date | Name | | Hours |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | 3.25 |
| 02/08/2011 | Woodard, A.F. | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | 1.84 |
| 02/08/2011 | Wells, Peter B | ██████████████████████████ | 1.00 |
| 02/09/2011 | Ben-Jacob, Michael | Calls with John re ex-dividend transaction; related conference call with London advisors. | 1.83 |
| 02/09/2011 | Tuchman, L. | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | 2.17 |
| 02/09/2011 | Woodard, A.F. | Conference call client; office conference L. Tuchman and review of material. | 0.92 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████ | 0.67 |
| 02/09/2011 | Wells, Peter B | ██████████████████████████ | 1.50 |
| 02/10/2011 | Ben-Jacob, Michael | ██████████████████████████ | 0.50 |
| 02/10/2011 | Eichel, Steven R | ██████████████████████████ | 0.54 |
| 02/10/2011 | Wells, Peter B | ██████████████████████████ | 1.50 |
| 02/11/2011 | Ben-Jacob, Michael | ██████████████████████████ | 0.75 |
| 02/11/2011 | Eichel, Steven R | ██████████████████████████ | 0.67 |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                    March 15, 2011

**RE:** General                                                        **Invoice#:** 663115
**Our File Number:** 00647/0001                                          **PAGE:**   3

====================================================================================



| Date | Name | Hours |
|------|------|-------|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours................. 35.55

Fees through 02/28/2011..................................... $24,855.40

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
                          Rate         Hours              Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355039**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              March 15, 2011

RE: General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                   **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

| | | |
|---|---|---|
| Fees this Invoice................................................ | $24,855.40 | |
| Less Discount of................................................ | (4,000.00) | |
| Adjusted Fees........................................................... | | $20,855.40 |
| **Total Due this Invoice................................................................** | | **$20,855.40** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 9, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 676549
**Our File Number:** 00647/0001                    **PAGE:**    1

===

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2011

===

|                        |                   | **Hours** |
|------------------------|-------------------|-----------|
| 07/12/2011  Eichel, Steven R |             | 0.75      |
| ████████████████████████████ |              |           |
| 07/19/2011  Tuchman, L. |                   | 0.75      |
| ████████████████████████████ |              |           |

                                    Total Hours.................  1.50

              Fees through 07/31/2011....................  $1,173.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                   | Rate      | Hours | Fees       |
|-------------------|-----------|-------|------------|
| Tuchman, L.       | $875.00   | 0.75  | $656.25    |
| Eichel, Steven R  | 690.00    | 0.75  | 517.50     |
|                   |           |       |            |
| Fees through 07/31/2011 |     | 1.50  | $1,173.75  |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------\*

| Transportation                    | $293.70  |
|-----------------------------------|----------|
| Messengers/Courier                | 26.25    |
| Total Costs through 07/31/2011... | $319.95  |

| Fees this Invoice..................................................... | $1,173.75 |
|--------------------------------------------------------------------|-----------|
| Costs this Invoice.................................................... | $319.95   |
| **Total Due this Invoice.......................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355043



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    September 12, 2011
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 679893
**Our File Number:** 00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  |  | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| | | Total Hours................ | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................................ | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                September 12, 2011

    **RE:** General                                        **Invoice#:** 679893
    **Our File Number:** 00647/0001                         **PAGE:**    2

Fees this Invoice........................................................................    $830.70

Total Due this Invoice.................................................................    $830.70

Prior Balance Due (from above).................................................    1,493.70

**TOTAL DUE**..........................................................................    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        October 11, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 682560
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355047**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

    **RE:** General                                              **Invoice#:** 682560
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

| Date | Name | | Hours |
|------|------|---|------|
| | ██████████████████████████ | | |
| 09/23/2011 | Woodard, A.F. | ████████████ | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | | 0.17 |
| | ████████████████████████ | | |
| 09/28/2011 | Veillette, Rebecca | | 2.25 |
| | ██████████████████████████████ | | |
| 09/29/2011 | Veillette, Rebecca | ████████████ | 0.25 |
| 09/30/2011 | Veillette, Rebecca | | 1.08 |
| | █████████████████████████ | | |

                                                ----------
                                   Total Hours................. 19.93

        Fees through 09/30/2011....................................    $13,970.50

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*

    Corp. Filings & Searches                                   $661.75
                                   --------------------
        Total Costs through 09/30/2011.........................    $661.75

    Fees this Invoice........................................................    $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

    **RE:** General                                              **Invoice#:** 682560
    **Our File Number:** 00647/0001                              **PAGE:**    3

==============================================================================

        Costs this Invoice.........................................................................    $661.75
        **Total Due this Invoice.................................................................**    **$14,632.25**

           **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                November 14, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

RE: General                                        Invoice#: 685991
Our File Number: 00647/0001                              PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                 | Hours |
|------------|-----------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                              | 0.08  |
| 10/03/2011 | Eichel, Steven R                                                | 1.83  |
| 10/04/2011 | Veillette, Rebecca                                              | 0.33  |
| 10/05/2011 | Eichel, Steven R                                                | 0.67  |
| 10/05/2011 | Veillette, Rebecca                                              | 0.42  |
| 10/10/2011 | Ben-Jacob, Michael                                              | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.  |       |
| 10/10/2011 | Woodard, A.F.                                                   | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.         |       |
| 10/12/2011 | Ben-Jacob, Michael                                              | 0.50  |
| 10/12/2011 | Woodard, A.F.                                                   | 0.50  |
|            | Review of material.                                             |       |
| 10/13/2011 | Woodard, A.F.                                                   | 1.50  |
|            | Review of material re proposed transaction.                     |       |
| 10/17/2011 | Briggs, Lindsey V                                               | 0.33  |
| 10/18/2011 | Ben-Jacob, Michael                                              | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody. |     |
| 10/19/2011 | Ben-Jacob, Michael                                              | 0.50  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                November 14, 2011

RE: General                                         **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

|            | Call with Matt, Jerome and Woody regarding pension - ex dividend planning. | |
|------------|-----------|------|
| 10/19/2011 | Woodard, A.F. | 1.25 |
|            | ██████████████████████████████████████████████; conference call M. Ben-Jacob and client re proposed investment. | |

Total Hours................    9.41

Fees through 10/31/2011....................................    $6,535.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Ben-Jacob, Michael   | $710.00  | 2.33  | $1,654.30 |
| Woodard, A.F.        | 800.00   | 3.50  | 2,800.00  |
| Eichel, Steven R     | 690.00   | 2.50  | 1,725.00  |
| Briggs, Lindsey V    | 410.00   | 0.33  | 135.30    |
| Veillette, Rebecca   | 295.00   | 0.75  | 221.25    |
| Fees through 10/31/2011............. |  | 9.41 | $6,535.85 |

Fees this Invoice........................................................    $6,535.85
**Total Due this Invoice..............................................**    **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 12, 2011
       40 West 57th Street
       New York, New York  10019


**RE:** General                                         **Invoice#:** 688474
**Our File Number:** 00647/0001                           **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                                                              | Hours |
|------------|--------------------------------------------------------------|------:|
| 11/08/2011 | Tuchman, L.                                                  | 1.25  |
|            | Telephone conference with M. Stein; research re: proposed structure. |       |
| 11/09/2011 | Tuchman, L.                                                  | 0.75  |
|            | Research and telephone conference with M. Stein.             |       |
| 11/10/2011 | Ben-Jacob, Michael                                           | 0.25  |
|            | Call with Matt and Jerome regarding potential planning.      |       |

Total Hours................ 2.25

Fees through 11/30/2011................................... $1,927.50


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Ben-Jacob, Michael | $710.00   | 0.25  | $177.50    |
| Tuchman, L.        | 875.00    | 2.00  | 1,750.00   |
| Fees through 11/30/2011............... | | 2.25  | $1,927.50  |

*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------*

Corp. Filings & Searches                                       $224.25

Total Costs through 11/30/2011......................... $224.25

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| **Invoice#** | **Date**   | **Amount**  |
|--------------|------------|-------------|
| 685991       | 11/14/2011 | $6,535.85   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355054**

KAYE SCHOLER LLP

TO:    Argre Management LLC                               December 12, 2011

RE: General                                         **Invoice#:** 688474
**Our File Number:** 00647/0001                           **PAGE:**    2

Prior Balance Due........................................................................    $6,535.85


Fees this Invoice.........................................................................    $1,927.50
Costs this Invoice.......................................................................    $224.25
Total Due this Invoice................................................................    $2,151.75
Prior Balance Due (from above)..................................................    6,535.85
**TOTAL DUE**.........................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    March 31, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 696544
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                       | Hours |
|------------|-----------------------|-------|
| 12/07/2011 | Veillette, Rebecca    | 1.00  |
| 12/08/2011 | Veillette, Rebecca    | 1.00  |
| 12/20/2011 | Ben-Jacob, Michael    | 0.75  |
| 12/20/2011 | Briggs, Lindsey V     | 0.25  |
| 12/21/2011 | Briggs, Lindsey V     | 0.42  |
| 12/21/2011 | Veillette, Rebecca    | 0.50  |
| 12/22/2011 | Veillette, Rebecca    | 0.50  |
| 02/02/2012 | Ben-Jacob, Michael    | 0.17  |
| 02/22/2012 | Ben-Jacob, Michael    | 0.25  |
| 02/23/2012 | Ben-Jacob, Michael    | 0.33  |
| 02/23/2012 | Stromberg, Thomas     | 1.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355057**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

    RE: General                                            Invoice#: 696544
    Our File Number: 00647/0001                            PAGE:    2

===============================================================================

| Date | Name | Hours |
|---|---|---|
| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| 03/05/2012 | Wells, Peter B | 2.25 |
| 03/06/2012 | Wells, Peter B | 1.00 |
| 03/15/2012 | Wells, Peter B | 5.00 |

Work on issues related to due diligence for IRAs.

                                    ----------

                    Total Hours................    24.34

          Fees through 03/31/2012...................................    $14,797.45

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355058**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

    **RE:** General                                        **Invoice#:** 696544
    **Our File Number:** 00647/0001                             **PAGE:**    3

====================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

        *-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*
                Duplicating                                $10.10
                Transportation                              9.00
                Corp. Filings & Searches                  329.00
                Messengers/Courier                         52.49
                Meals                                      48.50
                                                        -------------------
                Total Costs through 03/31/2012........................    $449.09


    Fees this Invoice........................................................    $14,797.45
    Costs this Invoice.......................................................      $449.09
    **Total Due this Invoice................................................    $15,246.54**

        **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                      **Invoice#:** 702756
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|                                          |                 | **Hours** |
|------------------------------------------|-----------------|-----------|
| 04/05/2012  Ben-Jacob, Michael           |                 | 0.92      |
| 04/24/2012  Ben-Jacob, Michael           |                 | 1.00      |
|                                          | Total Hours................. | 1.92 |
| Fees through 04/30/2012.................................. | | $1,401.60 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $730.00  | 1.92  | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92 | $1,401.60 |

*------------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Messengers/Courier                        | $26.25   |
|-------------------------------------------|----------|
| Filing Fees/Court Fees                    | 105.00   |
| Total Costs through 04/30/2012........................ | $131.25 |

| Fees this Invoice........................................................... | $1,401.60 |
|------------------------------------------------------------------------------|-----------|
| Costs this Invoice.......................................................... | $131.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                            May 14, 2012

    **RE:** General                                            **Invoice#:** 702756
    **Our File Number:** 00647/0001                          **PAGE:**    2

_____

    **Total Due this Invoice**..................................................................        **$1,532.85**

        **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355063



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 18, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                              **Invoice#:** 705166
**Our File Number:** 00647/0001                              **PAGE:**    1

=========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

=========================================================================

                                                                  **Hours**
                                                                  --------
05/03/2012  Ben-Jacob, Michael                                       1.58

05/04/2012  Ben-Jacob, Michael                                       1.67

                                                                  ---------
                                    Total Hours................      3.25

                    Fees through 05/31/2012...................   $2,372.50


\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*
                                    Rate        Hours          Fees
Ben-Jacob, Michael                $730.00       3.25        $2,372.50

                    Fees through 05/31/2012...............    3.25        $2,372.50

         \*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*
            Transportation                                   $11.00
            Messengers/Courier                                34.06
                                                          ------------------
                    Total Costs through 05/31/2012.......................    $45.06

         \*-------------------------------OUTSTANDING BALANCE--------------------------------\*
            **Invoice#**           **Date**                           **Amount**
            702756              05/14/2012                          $1,532.85


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                          June 18, 2012

**RE:** General                                                **Invoice#:** 705166
**Our File Number:** 00647/0001                              **PAGE:**   2

Prior Balance Due..........................................................................     $1,532.85


Fees this Invoice..........................................................................     $2,372.50
Costs this Invoice.........................................................................       $45.06
Total Due this Invoice...................................................................     $2,417.56
Prior Balance Due (from above)....................................................     1,532.85
**TOTAL DUE**............................................................................     **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355066**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                    **Invoice#:** 708329
**Our File Number:**00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | Hours |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours................. 3.66

Fees through 06/30/2012.................................... $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                      July 17, 2012

**RE:** General                                          **Invoice#:** 708329
**Our File Number:** 00647/0001                                  **PAGE:**   2

═══════════════════════════════════════════════════════════════════════

                    Fees through 06/30/2012...............      3.66        $1,371.15


        *-------------------------------OUTSTANDING BALANCE-------------------------------*
            **Invoice#**              **Date**                      **Amount**
            702756               05/14/2012                      $1,532.85
            705166               06/18/2012                       2,417.56
            Prior Balance Due........................................................      $3,950.41


        Fees this Invoice........................................................      $1,371.15
        Total Due this Invoice...............................................      $1,371.15
        Prior Balance Due (from above)..................................       3,950.41
        **TOTAL DUE**........................................................      **$5,321.56**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 708329
        Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                          August 16, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                          **Invoice#:** 711502
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
|  | ███████████████████████ | |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. | |
|  | Total Hours................ | 1.33 |
|  | Fees through 07/31/2012.................................... | $392.35 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due........................................................................ | | $1,371.15 |

| | | |
|---|---|---|
| Fees this Invoice........................................................................ | | $392.35 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355070**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                           August 16, 2012

    **RE:** General                                                   **Invoice#:** 711502
    **Our File Number:** 00647/0001                                        **PAGE:**    2

===============================================================================

    Total Due this Invoice.................................................................    $392.35
    Prior Balance Due (from above)................................................    1,371.15
    **TOTAL DUE.............................................................**    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355072



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                September 13, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                          **Invoice#:** 713751
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/01/2012 | Veillette, Rebecca   | 0.75      |
| 08/08/2012 | Veillette, Rebecca   | 0.58      |
| 08/09/2012 | Veillette, Rebecca   | 1.25      |
| 08/10/2012 | Veillette, Rebecca   | 0.67      |
|            | Rajan Investments - operating agreement. |   |
| 08/14/2012 | Veillette, Rebecca   | 0.33      |
| 08/17/2012 | Ben-Jacob, Michael   | 0.08      |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Ben-Jacob, Michael  | $730.00   | 0.08  | $58.40     |
| Veillette, Rebecca  | 295.00    | 3.58  | 1,056.10   |
| Fees through 08/31/2012............... | | 3.66  | $1,114.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355073**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    September 13, 2012

  **RE:** General                                              **Invoice#:** 713751
  **Our File Number:** 00647/0001                                 **PAGE:**    2

========================================================================

      Fees this Invoice........................................................................    $1,114.50

      **Total Due this Invoice................................................................**    **$1,114.50**

                      **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                November 20, 2012
        40 West 57th Street
        New York, New York 10019

**RE:** General                                             **Invoice#:** 720986
**Our File Number:** 00647/0001                             **PAGE:**     1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                         | Hours |
|------------|-------------------------|-------|
| 09/27/2012 | Ben-Jacob, Michael      | 0.08  |
| 09/28/2012 | Ben-Jacob, Michael      | 1.42  |
| 09/29/2012 | Ben-Jacob, Michael      | 0.17  |
| 10/07/2012 | Ben-Jacob, Michael      | 0.17  |
| 10/11/2012 | Wittenberg, Daniella T  | 0.33  |
| 10/16/2012 | Veillette, Rebecca      | 0.25  |
| 10/17/2012 | Wells, Peter B          | 0.75  |
| 10/17/2012 | Veillette, Rebecca      | 0.50  |
| 10/24/2012 | Veillette, Rebecca      | 1.25  |
| 10/25/2012 | Wells, Peter B          | 1.00  |
| 10/25/2012 | Veillette, Rebecca      | 1.50  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355076**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                                November 20, 2012

RE: General                                                            **Invoice#:** 720986
**Our File Number:** 00647/0001                                           **PAGE:**    2

=======================================================================

10/26/2012  Veillette, Rebecca                                                    0.50

                                                                             ----------
                                                Total Hours................    7.92
                           Fees through 10/31/2012...................    $3,804.90


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                          | Rate      | Hours | Fees       |
|--------------------------|-----------|-------|------------|
| Ben-Jacob, Michael       | $730.00   | 1.84  | $1,343.20  |
| Wells, Peter B           | 640.00    | 1.75  | 1,120.00   |
| Wittenberg, Daniella T   | 490.00    | 0.33  | 161.70     |
| Veillette, Rebecca       | 295.00    | 4.00  | 1,180.00   |
| Fees through 10/31/2012............... |  | 7.92 | $3,804.90 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2012-----------------------\*

|                                                        |            |
|--------------------------------------------------------|------------|
| Corp. Filings & Searches                               | $2,633.00  |
| Conference & Legal Staff/Travel Working Meals          | 27.57      |
| Total Costs through 10/31/2012........................ | $2,660.57  |


Fees this Invoice..........................................................    $3,804.90
Costs this Invoice.........................................................    $2,660.57
**Total Due this Invoice...............................................**    **$6,465.47**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2012
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

RE: General                                           **Invoice#:** 722890
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                        | Hours |
|------------|------------------------|-------|
| 11/01/2012 | Wells, Peter B         | 1.42  |
| 11/05/2012 | Wells, Peter B         | 1.50  |
| 11/07/2012 | Gartner, Gary J        | 1.50  |
| 11/08/2012 | Gartner, Gary J        | 0.83  |
| 11/08/2012 | Veillette, Rebecca     | 1.33  |
| 11/09/2012 | Gartner, Gary J        | 0.67  |
| 11/12/2012 | Ben-Jacob, Michael     | 0.08  |
| 11/14/2012 | Gartner, Gary J        | 1.08  |
| 11/15/2012 | Ben-Jacob, Michael     | 0.08  |
| 11/15/2012 | Gartner, Gary J        | 1.17  |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J        | 1.17  |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J        | 0.50  |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J        | 0.75  |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J        | 1.50  |
|            | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          December 10, 2012

RE: General                                                         Invoice#: 722890
Our File Number: 00647/0001                                         PAGE:    2

───────────────────────────────────────────────────────────────────────────────

11/29/2012  Gartner, Gary J                                                    1.17
            Review of authorities on possible trade.
                                                    Total Hours................  14.75
                            Fees through 11/30/2012...................  $12,924.75


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                              Rate        Hours          Fees
Ben-Jacob, Michael          $730.00        0.16        $116.80
Gartner, Gary J            1,020.00       10.34      10,546.80
Wells, Peter B               640.00        2.92       1,868.80
Veillette, Rebecca           295.00        1.33         392.35
                Fees through 11/30/2012..............   14.75     $12,924.75

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
            Transportation                                         $84.81
                Total Costs through 11/30/2012.........................  $84.81

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*
     Invoice#            Date                              Amount
     720986           11/20/2012                          $6,465.47
        Prior Balance Due....................................................   $6,465.47


        Fees this Invoice...........................................................  $12,924.75
        Costs this Invoice..........................................................     $84.81
        Total Due this Invoice...............................................  $13,009.56
        Prior Balance Due (from above)...............................    6,465.47
        **TOTAL DUE**................................................................  **$19,475.03**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 722890
      Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|            |                  | Hours |
|------------|------------------|-------|
| 12/04/2012 | Wells, Peter B   | 2.00  |
| 12/05/2012 | Wells, Peter B   | 1.75  |

|  | Total Hours.................. | 3.75 |
|--|--|--|
| | Fees through 12/31/2012.................................... | $2,400.00 |

*-------------------------------TIME AND FEE SUMMARY---------------------------------*

|                 | Rate    | Hours | Fees      |
|-----------------|---------|-------|-----------|
| Wells, Peter B  | $640.00 | 3.75  | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|--|--|
| Fees this Invoice.......................................................... | $2,400.00 |
| **Total Due this Invoice............................................** | **$2,400.00** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER   WH_MDL_00355082

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

February 21, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 728997
**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50      |
| 01/24/2013 | Tuchman, L.         | 1.00      |
| 01/25/2013 | Tuchman, L.         | 2.50      |
| 01/28/2013 | Tuchman, L.         | 2.75      |
| 01/28/2013 | Veillette, Rebecca  | 1.08      |

Total Hours................. 7.83

Fees through 01/31/2013.................................... $6,231.90

*---------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate      | Hours | Fees        |
|---------------------|-----------|-------|-------------|
| Tuchman, L.         | $920.00   | 6.25  | $5,750.00   |
| Veillette, Rebecca  | 305.00    | 1.58  | 481.90      |
| Fees through 01/31/2013............... |  | 7.83 | $6,231.90 |

*------------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*

| Reporters/Transcripts Fee | $99.00 |
|---------------------------|--------|
| Total Costs through 01/31/2013......................... | $99.00 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| **Invoice#** | **Date**    | **Amount**   |
|--------------|-------------|--------------|
| 727062       | 01/29/2013  | $2,400.00    |

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355084**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                    February 21, 2013

**RE:** General                                              **Invoice#:** 728997
**Our File Number:** 00647/0001                                    **PAGE:**    2

---

Prior Balance Due...................................................................    $2,400.00


Fees this Invoice...................................................................    $6,231.90
Costs this Invoice..................................................................    $99.00
Total Due this Invoice..............................................................    $6,330.90
Prior Balance Due (from above)......................................................    2,400.00
**TOTAL DUE**.......................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355086**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    March 25, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                        **Invoice#:** 731658
**Our File Number:**00647/0001                          **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 02/28/2013

===============================================================

|                                                          | **Hours** |
|----------------------------------------------------------|-----------|
| 02/12/2013  Veillette, Rebecca                           | 0.58      |
| 02/27/2013  Veillette, Rebecca                           | 0.58      |
| 02/27/2013  Veillette, Rebecca                           | 0.42      |

Total Hours................ 1.58

Fees through 02/28/2013................................... $481.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate    | Hours | Fees    |
|----------------------|---------|-------|---------|
| Veillette, Rebecca   | $305.00 | 1.58  | $481.90 |

Fees through 02/28/2013............... 1.58    $481.90

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 728997   | 02/21/2013 | $6,330.90  |

Prior Balance Due........................................................ $6,330.90

Fees this Invoice.......................................................... $481.90
Total Due this Invoice.................................................. $481.90
Prior Balance Due (from above)................................... 6,330.90
**TOTAL DUE..................................................................** **$6,812.80**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355087**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355088



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                             April 22, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                              **Invoice#:** 734523
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                   | Hours |
|------------|-------------------|-------|
| 03/04/2013 | Tuchman, L.       | 1.42  |
| 03/05/2013 | Tuchman, L.       | 1.75  |
| 03/06/2013 | Tuchman, L.       | 1.75  |
| 03/07/2013 | Tuchman, L.       | 1.00  |
| 03/07/2013 | Benson, Gregg M   | 4.00  |
| 03/08/2013 | Tuchman, L.       | 1.25  |
| 03/08/2013 | Benson, Gregg M   | 2.25  |
| 03/11/2013 | Tuchman, L.       | 1.75  |
| 03/13/2013 | Tuchman, L.       | 1.00  |
| 03/13/2013 | Benson, Gregg M   | 1.50  |
| 03/18/2013 | Schneider, W.H.   | 0.25  |
| 03/18/2013 | Snider, Vassa G   | 0.92  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355089**

# KAYE|SCHOLER LLP

TO:    Argre Management LLC                                      April 22, 2013

RE: General                                                      Invoice#: 734523
Our File Number: 00647/0001                                      PAGE:    2

===============================================================================

██████████████████████████████████████████

03/19/2013  Snider, Vassa G                                               0.42
██████████████████████████

03/20/2013  Veillette, Rebecca                                            0.33
            Attention to Bernina LLC documentation.
                                                                      _____
                                    Total Hours................  19.59

                       Fees through 03/31/2013...................................  $15,301.05


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours          Fees
Schneider, W.H.                  $925.00         0.25      $231.25
Tuchman, L.                       920.00         9.92     9,126.40
Benson, Gregg M                   715.00         7.75     5,541.25
Snider, Vassa G                   225.00         1.34       301.50
Veillette, Rebecca                305.00         0.33       100.65
                                                        _____
                 Fees through 03/31/2013...............   19.59     $15,301.05

       *----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------*
          Filing Fees/Court Fees                          $125.00
                                                        _____
                 Total Costs through 03/31/2013........................   $125.00

       *--------------------------------OUTSTANDING BALANCE--------------------------------*
          Invoice#            Date                       Amount
          731658           03/25/2013                   $481.90
                                                        _____
            Prior Balance Due........................................................   $481.90

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355090**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    April 22, 2013

RE: General                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                              **PAGE:**    3

Fees this Invoice..................................................................    $15,301.05
Costs this Invoice..............................................................    $125.00
Total Due this Invoice........................................................    $15,426.05
Prior Balance Due (from above)...........................................    481.90
**TOTAL DUE**.....................................................................    **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355092



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

May 22, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 737633
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|  |  | Hours |
|---|---|---|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355093

Image Not
Available

TO:    Argre Management LLC                                      May 22, 2013

**RE:** General                                                 **Invoice#:** 737633
**Our File Number:** 00647/0001                                 **PAGE:**   2



| | | |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................    $11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013.............. | | 14.93 | $11,602.85 |

Fees this Invoice............................................................    $11,602.85
**Total Due this Invoice................................................**    **$11,602.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                        August 26, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com


**RE:** General                                          **Invoice#:** 745613
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---:|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours................ | 2.34 |
|  | Fees through 07/31/2013................................. | $713.70 |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


| | |
|---|---:|
| Fees this Invoice................................................................................ | $713.70 |
| **Total Due this Invoice..............................................................** | **$713.70** |



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355097



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    September 10, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 747225
**Our File Number:**00647/0001                             **PAGE:**    1

=====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/09/2013 | Ben-Jacob, Michael   | 0.50 |
|            | ███████████████████████ | |
| 08/12/2013 | Sausen, David        | 1.00 |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
|            | ███████████████████ | |
| 08/15/2013 | Veillette, Rebecca   | 1.50 |
|            | ███████████████ | |
| 08/16/2013 | Sausen, David        | 0.50 |
|            | ████████████████ Telephone conference with M. Ben-Jaocb. ████████ | |
| 08/21/2013 | Veillette, Rebecca   | 1.25 |
|            | ████████████ | |
| 08/26/2013 | Ben-Jacob, Michael   | 1.00 |
|            | ██████████████████████ | |
| 08/26/2013 | Sausen, David        | 1.50 |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ██████████████ | |
| 08/27/2013 | Veillette, Rebecca   | 1.25 |
|            | ███████████████ | |

Total Hours................. 8.50

Fees through 08/31/2013.................................  $4,542.50

\*-----------------------------------TIME AND FEE SUMMARY---------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355098**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                      September 10, 2013

**RE:** General                                                          **Invoice#:** 747225
**Our File Number:** 00647/0001                                    **PAGE:**    2

===============================================================================

|                        | Rate     | Hours | Fees       |
|------------------------|----------|-------|------------|
| Ben-Jacob, Michael     | $755.00  | 1.50  | $1,132.50  |
| Sausen, David          | 730.00   | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00   | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50 | $4,542.50 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613 | 08/26/2013 | $713.70 |
| Prior Balance Due.................................................................... | | $713.70 |

Fees this Invoice...................................................................... $4,542.50
Total Due this Invoice............................................................ $4,542.50
Prior Balance Due (from above).................................................. 713.70
**TOTAL DUE**....................................................................... **$5,256.20**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                               **Invoice#:** 749882
**Our File Number:**00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                      | Hours |
|------------|----------------------|------:|
| 09/10/2013 | Sausen, David        | 0.50  |
|            | Emails with A. Larosa re: ex-dividend transaction. |   |
| 09/10/2013 | Veillette, Rebecca   | 1.50  |
|            | ███████████████████  |       |
| 09/11/2013 | Veillette, Rebecca   | 1.08  |
|            | ███████████████████  |       |
| 09/30/2013 | Ben-Jacob, Michael   | 0.33  |
|            | ███████████████████  |       |

Total Hours................. 3.41

Fees through 09/30/2013.....................................  $1,401.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|---------:|------:|----------:|
| Ben-Jacob, Michael  | $755.00  | 0.33  | $249.15   |
| Sausen, David       | 730.00   | 0.50  | 365.00    |
| Veillette, Rebecca  | 305.00   | 2.58  | 786.90    |
| Fees through 09/30/2013............... | | 3.41  | $1,401.05 |


Fees this Invoice........................................................................  $1,401.05

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                October 7, 2013

**RE:** General                                                    **Invoice#:** 749882
**Our File Number:** 00647/0001                                         **PAGE:**    2

================================================================

        **Total Due this Invoice**...............................................................    **$1,401.05**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355102**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355103



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      November 15, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


RE: General                                                 Invoice#: 754424
Our File Number: 00647/0001                                    PAGE:    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

====================================================================

|                |                                                                                      | **Hours** |
|----------------|--------------------------------------------------------------------------------------|-----------|
| 10/06/2013     | Sausen, David                                                                        | 3.00      |
|                | Tax research.  Prepared email to client re: ex-dividend transaction.                 |           |
| 10/08/2013     | Sausen, David                                                                        | 1.25      |
|                | ██████████████████████████ Revised email to client re: ex-dividend transaction.     |           |
| 10/09/2013     | Abramowitz, L.                                                                       | 0.75      |
|                | ████████████████████████████                                                         |           |
| 10/09/2013     | Sausen, David                                                                        | 1.00      |
|                | ██████████████████████████████████████                                              |           |
| 10/10/2013     | Sausen, David                                                                        | 1.00      |
|                | Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client. Email to M. Stein re: ex-dividend transaction. |           |

                                                    Total Hours................    7.00

              Fees through 10/31/2013....................................    $5,245.00


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                   | Rate      | Hours | Fees        |
|-------------------|-----------|-------|-------------|
| Abramowitz, L.    | $910.00   | 0.75  | $682.50     |
| Sausen, David     | 730.00    | 6.25  | 4,562.50    |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355104**

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                         November 15, 2013

**RE:** General                                                     **Invoice#:** 754424
**Our File Number:** 00647/0001                                     **PAGE:**    2

---

Consultants/Experts                                          $1,100.00
Total Costs through 10/31/2013.........................      $1,100.00


Fees this Invoice..........................................................      $5,245.00
Costs this Invoice........................................................      $1,100.00

**Total Due this Invoice..............................................**      **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 756477
**Our File Number:** 00647/0001                                **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*
            Consultants/Experts                               $3,000.00
                                                    -------------------
                Total Costs through 11/30/2013........................    $3,000.00


    Costs this Invoice................................................................    $3,000.00
    **Total Due this Invoice...............................................**    **$3,000.00**

             **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      January 13, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                                **Invoice#:** 760179
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 12/11/2013 | Sausen, David          | 0.75      |
| 12/12/2013 | Sausen, David          | 0.25      |
| 12/16/2013 | Ben-Jacob, Michael     | 0.25      |
| 12/17/2013 | Sausen, David          | 0.50      |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $755.00  | 0.25  | $188.75   |
| Sausen, David       | 730.00   | 1.50  | 1,095.00  |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice.......................................................................... $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355109**

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                    January 13, 2014

RE: General                                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                        **PAGE:**    2

===============================================================

**Total Due this Invoice**..................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 760179
      Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355111**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 20, 2014
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                           **Invoice#:** 762871
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

                                                                    **Hours**
                                                                    ----------
01/29/2014  Veillette, Rebecca                                          0.33

                                                                    ----------
                                         Total Hours................    0.33
                Fees through 01/31/2014...................       $103.95


*----------------------------------TIME AND FEE SUMMARY----------------------------------*
                                    Rate        Hours         Fees
Veillette, Rebecca                $315.00        0.33        $103.95

                Fees through 01/31/2014...............     0.33        $103.95


       Fees this Invoice.........................................................     $103.95
       **Total Due this Invoice...............................................**     **$103.95**

               **Please remit payment within thirty (30) days.**

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355113**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          July 22, 2014
         40 West 57th Street
         New York, New York  10019
         alicia@argremgt.com

**RE:** General                                                      **Invoice#:** 775031
**Our File Number:**00647/0001                                       **PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2014

|  |  | **Hours** |
|---|---|---|
| 06/13/2014 | Sausen, David | 1.25 |
|  | Telephone conference with Matt and John re: UBTI issues.  Tax research. Telephone conference and emails with G. Weinkam. |  |
| 06/17/2014 | Zwick, Mary L | 0.50 |
|  | ███████████████████████████████████████ |  |
| 06/26/2014 | Culhane, Stephen | 0.33 |
|  | ███████████████ |  |
| 06/30/2014 | Culhane, Stephen | 0.25 |
|  | ██████████████████████ |  |

Total Hours................ 2.33

Fees through 06/30/2014................................... $1,815.30

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice.......................................................... $1,815.30
**Total Due this Invoice..............................................** **$1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355115



TO:   Argre Management LLC                                    August 25, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

      **RE:** General                                         **Invoice#:** 777180
      **Our File Number:**00647/0001                          **PAGE:**    1

═══════════════════════════════════════════════════════════════════════

                 **INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

═══════════════════════════════════════════════════════════════════════

|            |                                                                              | **Hours** |
|------------|------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                             | 0.33      |
|            | Advisers Act issues with P Wells.                                           |           |
| 07/08/2014 | Culhane, Stephen                                                             | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. | |
| 07/09/2014 | Culhane, Stephen                                                             | 0.50      |
|            | Telcon with Matt Stein.                                                     |           |
| 07/10/2014 | Culhane, Stephen                                                             | 0.33      |
|            | Conference with M Ben-Jacob.                                               |           |

                                        Total Hours.................  1.83

                 Fees through 07/31/2014...................    $1,665.30


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                   | Rate      | Hours | Fees      |
|-------------------|-----------|-------|-----------|
| Culhane, Stephen  | $910.00   | 1.83  | $1,665.30 |
| Fees through 07/31/2014.............. | | 1.83 | $1,665.30 |


      Fees this Invoice.........................................................    $1,665.30
      **Total Due this Invoice...............................................**    **$1,665.30**

                 **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355117



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        September 24, 2014
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                                     **Invoice#:** 780144
**Our File Number:**00647/0001                                      **PAGE:**    1

===================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2014

===================================================================

| | | **Hours** |
|---|---|---:|
| 08/22/2014 | Golub, Elizabeth | 0.33 |
| 08/26/2014 | Golub, Elizabeth | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael | 0.17 |
| 08/28/2014 | Wells, Peter B | 4.00 |
| 08/29/2014 | Wells, Peter B | 1.67 |

Total Hours................                       6.50

Fees through 08/31/2014....................................     $4,258.90


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| | |
|---|---:|
| Corp. Filings & Searches | $484.50 |
| Total Costs through 08/31/2014......................... | $484.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355118

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                              September 24, 2014

**RE:** General                                                          **Invoice#:** 780144
**Our File Number:** 00647/0001                                          **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................ | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,258.90 |
| Costs this Invoice........................................................... | $484.50 |
| Total Due this Invoice...................................................... | $4,743.40 |
| Prior Balance Due (from above)........................................ | 1,665.30 |
| **TOTAL DUE**........................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355119**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 780144
       Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



KAYE | SCHOLER LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    November 14, 2014
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

**RE:** General                                           **Invoice#:** 783712
**Our File Number:** 00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|  |  | **Hours** |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael ██████████████████ | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael ████████████ | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael ██████████████ | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael ████████ | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael ████████████████ | 1.50 |
| 09/22/2014 | Wells, Peter B  Call with group re general plan issues. | 1.58 |
| 09/25/2014 | Wells, Peter B ███████████ | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael  Conference with Peter re: structuring dissolution of plans and payments to Adam. | 0.50 |
| 09/29/2014 | Wells, Peter B ████████████████ | 2.50 |
| 09/30/2014 | Wells, Peter B ██████████████ | 2.17 |
| 10/01/2014 | Wells, Peter B ████████████ | 0.75 |
| 10/09/2014 | Wells, Peter B  Work on issues related to new plans. | 0.83 |

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                       November 14, 2014

**RE:** General                                                  **Invoice#:** 783712
**Our File Number:** 00647/0001                                  **PAGE:**    2

=================================================================================

| | | |
|---|---|---|
| 10/10/2014  Wells, Peter B | | 0.50 |
| Work on new plan matters. | | |
| 10/12/2014  Ben-Jacob, Michael | ██████████████████████ | 1.58 |
| 10/13/2014  Wells, Peter B | ██████████████████ | 1.58 |
| 10/14/2014  Ben-Jacob, Michael | ██████████████████ | 0.17 |
| 10/14/2014  Wells, Peter B | ████████████████████ | 1.00 |
| 10/20/2014  Veillette, Rebecca | ████████████████████ | 0.50 |

Total Hours................  18.83

Fees through 10/31/2014....................................  $13,429.65

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Ben-Jacob, Michael   | $785.00  | 5.92  | $4,647.20  |
| Wells, Peter B       | 695.00   | 12.41 | 8,624.95   |
| Veillette, Rebecca   | 315.00   | 0.50  | 157.50     |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice..........................................................  $13,429.65
**Total Due this Invoice................................................**  **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355122**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355123**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    December 24, 2014
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

        **RE:** General                                    **Invoice#:** 786881
        **Our File Number:**00647/0001                     **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|  |  | Hours |
|---|---|---|
| 10/21/2014 | Ben-Jacob, Michael | 0.67 |
| 11/24/2014 | Culhane, Stephen | 0.25 |
|  | Total Hours................. | 0.92 |
|  | Fees through 11/30/2014................................... $753.45 | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355124**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                          December 24, 2014

**RE:** General                                                     **Invoice#:** 786881
**Our File Number:** 00647/0001                                     **PAGE:**    2

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                        | Rate      | Hours | Fees      |
|------------------------|-----------|-------|-----------|
| Ben-Jacob, Michael     | $785.00   | 0.67  | $525.95   |
| Culhane, Stephen       | 910.00    | 0.25  | 227.50    |
| Fees through 11/30/2014............... | | 0.92 | $753.45 |

Fees this Invoice.................................................................    $753.45
**Total Due this Invoice............................................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355125**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355126**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                         **Invoice#:** 791361
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................. 1.25

Fees through 12/31/2014.................................... $868.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice......................................................... $868.75
**Total Due this Invoice..............................................** **$868.75**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355127



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

---

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355128

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                     137.70

**Total Amount Due**                                              $          137.70

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                                    Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                                         **$137.70**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355130



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 805139
**Our File Number:**00647/0001                            **PAGE:**    1

==================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015
==================================================================

|            |                                                                                       | **Hours** |
|------------|---------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                    | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                    | 1.30      |
|            | Attention to FBAR questions.                                                          |           |
| 04/24/2015 | Veillette, Rebecca                                                                    | 0.45      |
|            | Attention to FBAR matters.                                                            |           |
| 05/05/2015 | Veillette, Rebecca                                                                    | 0.40      |
|            | Attention to FBAR matters.                                                            |           |
| 05/07/2015 | Veillette, Rebecca                                                                    | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same. |           |
| 05/08/2015 | Veillette, Rebecca                                                                    | 0.20      |
|            | Attention to 2013 FBAR information.                                                   |           |
| 05/13/2015 | Veillette, Rebecca                                                                    | 0.45      |
|            | Attention to foreign tax reporting matters.                                           |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355131**

**KAYE** | **SCHOLER** LLP

TO:     Argre Management LLC                                          July 31, 2015

**RE:** General                                                      **Invoice#:** 805139
**Our File Number:** 00647/0001                                      **PAGE:**    2

===============================================================================

```
*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                      Rate        Hours          Fees
Veillette, Rebecca                  $325.00        4.45       $1,446.25

              Fees through 06/30/2015...............    4.45       $1,446.25


       Fees this Invoice.........................................................    $1,446.25
       Total Due this Invoice...............................................    $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

     WH_MDL_00355133



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 21, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                            **Invoice#:** 807022
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015  Golub, Elizabeth |  | 0.25 |

Total Hours................    0.25

Fees through 07/31/2015....................................    $70.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015.............. | | 0.25 | $70.00 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------\*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015......................... | $250.50 |

| Fees this Invoice........................................................................ | $70.00 |
|---|---|
| Costs this Invoice...................................................................... | $250.50 |
| **Total Due this Invoice................................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH