# Exhibit 112

| Message | |
|---|---|
| **From:** | Richard Markowitz [rmarkowitz@argremgt.com] |
| **Sent:** | 12/19/2012 10:56:07 AM |
| **To:** | Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p] |
| **Subject:** | Fwd: Belgium- opinion |
| **Attachments:** | image001.png; ATT00001.htm; image002.png; ATT00002.htm; image003.png; ATT00003.htm; image004.jpg; ATT00004.htm; 20121218105002960.pdf; ATT00005.htm |

Richard Markowitz
Argre Management LLC

Begin forwarded message:

> **From:** "Jonathan Sander" <JSander@duetgroup.net>
> **To:** "Richard Markowitz" <rmarkowitz@argremgt.com>, "John H. van Merkensteijn, III"
> <jhvm@argremgt.com>, "Matthew Stein" <mstein@argremgt.com>, "Adam Larosa"
> <alarosa@argremgt.com>, "Jérôme  LHOTE" <jlhote@argremgt.com>, "Robert Klugman"
> <rklugman@storcapital.com>
> **Cc:** "globalequity" <globalequity@duetgroup.net>
> **Subject: Belgium- opinion**
>
> Dear All,
>
> Please find attached the signed opinion from Freshfields.
>
> Kind regards
>
>
> Jonathan Sander
> [cid:image004.jpg@01CDDDDF.447B01D0]
>
>
> Duet MENA Limited
> Office 10, Level 4,
> Al Fattan Currency House,
> DIFC,
> P.O Box 482011
> Dubai
> UAE
>
> T:  + 971 (0) 4 237 9214
> M: +971 (0) 5065 72263
>   +44 (0)7917 447 571
>
> E: jsander@duetgroup.net<mailto:jsander@duetgroup.net>

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

*********************************************************************
DUET ASSET MANAGEMENT LIMITED is authorised and regulated by the Financial
Services Authority
*********************************************************************

Internet communications cannot be guaranteed to be confidential, secure or error-free as
information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender
therefore does not accept liability for any errors or omissions in the context of this message
which arise as a result of Internet transmission.

Unless otherwise stipulated herein, any opinions contained in this message are those of the
author and are not given or endorsed by the company through which this message is sent.

Nothing in this message or in its attachments should be construed as a solicitation or offer, or
recommendation, to acquire or dispose of any investment or to engage in any other transaction.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____