# Exhibit 134

| | |
|---|---|
| **From:** | Ben-Jacob, Michael |
| **Sent:** | Monday, December 31, 2012 11:11 AM |
| **To:** | Jesch, Thomas |
| **Subject:** | German Ex-Dividend Transaction |
| **Attachments:** | Ezra 2011 - Proposed Reply.doc |

Thomas,

It has been a little time, I hope you are well.

I am writing because a point has come up regarding the German ex-dividend trades that our clients, Argre Management and Ezra Academy of Queens, entered into some time ago. It has been reported back to us via our investment partners at Solo that the German tax authorities have not been happy with these sorts of trades and, in fact, a recent case involving a claim for tax refund was heard in Germany and was not taxpayer favorable. We understand that the case is currently on appeal and will take some years to wend its way through the court system.

Concurrently, we (and I understand many others) have been contacted by the German authorities and asked to complete an extensive questionnaire regarding the trades. The questionnaire and our responses are attached for your information--although are no longer relevant, as I will explain:

After much discussion and consideration of the risk that the German authorities may wish to question our activities in a more formal way, our clients and Solo have decided to withdraw the application for a tax refund. At the same time, however, we don't want to foreclose on the possibility of obtaining a refund in the future if the case being currently litigated is won on appeal. Therefore, the proposal was made that we withdraw the application on technical grounds with an indication that we will resubmit the application in due course--with it being our intention to watch the case law and other developments in the area and submit a new application in the future only if we think it will be granted. In this context it was suggested that Acupay (the service provider that completes and submits the paperwork to obtain the tax refund) did not have statutory authority to submit the reclaim on our behalf and, therefore, we are withdrawing and will resubmit at another time.

It is not entirely clear to me, however, what the basis is to say that Acupay did not have the requisite authority.

This conclusion was reached with the benefit of input Martin Krause (at Norton Rose, 49 (0)69 505096 410) whom I believe you have spoken with in the past. We asked that Martin draft the appropriate letter to the German authorities to withdraw the claim, and leave open the door that we may reapply, but Martin felt that his representation of Solo in the matter resulted in an unwaivable conflict. Thus, we are left to draft our own response and I was hoping I could call on you to assist. I understand further that Martin is happy to speak with you about technical details. Our response is due in ten days.

Can you assist here? Assuming so, I think the first step is for you to call Martin Krause and once you have spoken you and I can have a follow up conversation.

Might we be able to touch base on Wednesday morning NY time? Let me know.

Thanks.

mbj

1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER       WH_MDL_00363224

\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Michael Ben-Jacob
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212.836.8000) and delete the message, along with any attachments, from your computer. Thank you.

-----Original Message-----
From: Richard Markowitz [mailto:rmarkowitz@argremgt.com]
Sent: Tuesday, December 18, 2012 1:54 PM
To: Matthew Stein; Jérôme LHOTE; Adam Larosa; John H. van Merkensteijn, III; Ben-Jacob, Michael
Subject: FW: Ezra 2011

Please take a look at Raj's email.


Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:       (212) 247-2600
Fax:       (212) 247-2753
Mobile:    (917) 848-5675

RMarkowitz@Argremgt.com




On 12/18/12 1:52 PM, "Raj Shah" <Raj.Shah@solo.com> wrote:

>Hi Richard,
>
>I've had another lengthy call with Martin Krause this evening. He is
>concerned about a conflict of interest (Solo vs Ezra) in relation to
>drafting the reply to the BZSt.
>
>Martin has suggested that Kaye Scholer's Frankfurt office draft a reply

2

```
>on the basis we discussed yesterday. Martin is then happy to have an
>off the record discussion with the Kaye Scholer Frankfurt people in
>relation to the draft reply.
>
>Can I leave this with you to initiate with Kaye Scholer Frankfurt?
>
>Kind regards,
>Raj
>
>Raj Shah
>Chief Investment Officer
>
>Solo Capital (Dubai) Limited
>Gate Village 5, Level 1,
>DIFC, Dubai, U.A.E, P.O. Box 506699
>T: +971 (0)4 376 4204 | M: +971 (0)50 959 2385
>F: +971 (0)4 386 7965
>raj.shah@solo.com
>
>www.solo.com
>
>Solo Capital (Dubai) Limited is a company incorporated in the Dubai
>International Financial Centre.
>
>IMPORTANT - PLEASE NOTE
>The information transmitted is intended only for the person or entity
>to which it is addressed and may contain confidential and/or privileged
>material. Any review, retransmission, dissemination or other use of or
>taking of any action in reliance upon this information by persons or
>entities other than the intended recipient is prohibited. If you
>received this email in error please contact the sender and destroy this
>email.
>
>----------------------------------------------------------------------
>---
>--------------------------------------------------------------
>This email message has been delivered safely and archived online by
>Mimecast.
>For more information please visit http://www.mimecast.com
>----------------------------------------------------------------------
>---
>--------------------------------------------------------------
>
```

3

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00363226